US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

MAR 04 2020

DOUGLAS F. YOUNG, Clerk
By
  Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA )
) Case No. 2:20CR20008-001-002
)
v. ) 18 U.S.C. § 2
) 18 U.S.C. § 641
ANTHONY HUGHES ) 18 U.S.C. § 922(g)(1)
BRENT PRESLEY ) 18 U.S.C. § 924(a)(2)

## INDICTMENT

The Grand Jury Charges:

### COUNT ONE

Beginning on or about November 1, 2019, and continuing through and including on or about December 16, 2019, the exact dates unknown, in the Western District of Arkansas, Fort Smith Division, the defendants, ANTHONY HUGHES and BRENT PRESLEY, aiding and abetting one another, willfully and knowingly did steal, purloin and convert to their use and without authority sold, conveyed and disposed of a thing of value of the United States; namely, timber from the National Forest, the value of which timber exceeded $1,000. The National Forest is property owned by the United States.

All in violation of Title 18, United States Code, Sections 641 and 2.

### COUNT TWO

On or about December 16, 2019, in the Western District of Arkansas, Fort Smith Division, the defendant, ANTHONY HUGHES, knowing that he had been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm,

1

namely, a Winchester model 120, 12 gauge shotgun, serial number L1647291, which had been shipped and transported in interstate commerce.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT THREE

Between on or about December 6, 2019, and on or about December 15, 2019, in the Western District of Arkansas, Fort Smith Division and elsewhere, the defendant, BRENT PRESLEY, knowing that he had been convicted in any court of a crime punishable by imprisonment for a term exceeding one year did knowingly possess a firearm, namely, a Winchester model 120, 12 gauge shotgun, serial number L1647291, which had been shipped and transported in interstate commerce.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A True Bill.

/s/Grand Jury Foreperson
Grand Jury Foreperson

DAVID CLAY FOWLKES
ACTING UNITED STATES ATTORNEY

By: *Kyra E. Jenner*
Kyra E. Jenner
Assistant U. S. Attorney
Arkansas Bar No. 2000041
414 Parker Avenue
Fort Smith, AR  72901
Telephone: 479-783-5125
E-mail: Kyra.Jenner@usdoj.gov