UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                  PLAINTIFF

v.                 CASE NO. 2:20-CR-20008-001

ANTHONY HUGHES                  DEFENDANT

## ORDER

The Court ADOPTS the report and recommendation (Doc. 63) entered in this case and accepts Defendant's plea of guilty to Counts 1 and 2 of the indictment. The Defendant is hereby adjudged GUILTY of the offenses.

IT IS SO ORDERED this 26th day of August, 2021.

/s/ P. K. Holmes, III
P.K. HOLMES III
U.S. DISTRICT JUDGE